```
                  UNITED STATES DISTRICT COURT
                    DISTRICT OF NEW JERSEY
                              :
                              :
                              :
UNITED STATES OF AMERICA,     :   CRIMINAL NUMBER: 97-474-05
                              :
                              :
        v.                    :        O R D E R
                              :
                              :
KAREENAH BENNETT,             :
                              :
                              :
```

The defendant having filed a motion for termination of Supervised Release,

It is on the day  1st  of APRIL, 2010

ORDERED that defendant's motion for termination of Supervised Release is hereby DENIED.

```
                               S/Joseph A. Greenaway, Jr.
                              JOSEPH A. GREENAWAY, JR. USCJ.*

                                *sitting by designation
```